SCHWARTZ, Senior Judge.
 

 This is an appeal from a conviction and a 40 year sentence for trafficking in heroin. We find no trial error and therefore affirm the conviction. However, after consideration of the circumstances surrounding the sentence in light of the factors stated in
 
 Wilson v. State,
 
 845 So.2d 142, 156 (Fla.2003), particularly the judge’s enthusiastic advocacy of the State’s pre-trial offer of a ten year sentence in return for a guilty plea, and the unexplained 40 year sentence (the offense carried a 25 year mandatory minimum) which was imposed after the trial which followed the defendant’s rejection of the offer, we must conclude that the sentence was, in legal parlance, “vindictive,” requiring resentencing by another judge. See
 
 Brandful v. State,
 
 858 So.2d 367 (Fla. 3d DCA 2003); Compare Ducks
 
 worth v. State,
 
 26 So.3d 74 (Fla. 3d DCA 2010).
 

 Affirmed in part, vacated in part, and remanded.